UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

AARON TRELANE W.

          **Plaintiff,**

  v.                    6:24-CV-1440
                            (FJS/ML)
COMMISSIONER OF SOCIAL SECURITY,

          **Defendant.**
_____

**APPEARANCES**            **OF COUNSEL**

**HILLER COMERFORD**       **JUSTIN M. GOLDSTEIN, ESQ.**
**INJURY & DISABILITY LAW**
6000 North Bailey Avenue – Suite 1A
Amherst, New York 14226
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**  **KRISTINA D. COHN, ESQ.**
6401 Security Boulevard
Baltimore, Maryland 21235
Attorneys for Defendant

**SCULLIN, Senior Judge**

## DECISION AND ORDER

    Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying his application for Supplemental Security Income ("SSI") benefits. *See* Dkt. No. 1. The Court referred the matter to Magistrate Judge Lovric for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d). *See* Dkt. Nos. 4, 5.

    In his Report-Recommendation issued on January 20, 2026, *see* Dkt. No. 15, Magistrate Judge Lovric recommended that the Court grant Plaintiff's motion for judgment on the pleadings,

*see* Dkt. No. 11, and deny the Commissioner's motion for judgment on the pleadings, *see* Dkt. No. 13.  Magistrate Judge Lovric further recommended that this Court reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with his Report-Recommendation.  *See* Dkt. No. 15 at 22.

Neither party filed objections to Magistrate Judge Lovric's Report-Recommendation, and the time for filing such objections has passed.  After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice; and, therefore, the Court accepts and adopts the Report-Recommendation for the reasons stated therein.

Accordingly, the Court hereby

**ORDERS** that Magistrate-Judge Lovric's Report-Recommendation, *see* Dkt. No. 15, is **ACCEPTED** and **ADOPTED**; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings, *see* Dkt. No. 11, is **GRANTED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings, *see* Dkt. No. 13, is **DENIED**; and the Court further

**ORDERS** that this matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with this opinion and the findings of Magistrate

Judge Lovric's Report-Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: February 13, 2026
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge